IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GRAND RIVER ENTERPRISES SIX
NATIONS, LTD., and HEBER SPRINGS
WHOLESALE GROCERY, INC.                                    PLAINTIFFS

        v.        Civil No. 05-5051

MIKE BEEBE, in his official
capacity as Attorney General,
State of Arkansas                                          DEFENDANT

### O R D E R

Now on this 7th day of August, 2006, comes on for consideration plaintiff's **Motion To Suspend Proceedings Pending Appeals** (document #58), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that this case be administratively terminated, subject to the right of any party to reopen the proceedings upon the conclusion of appellate proceedings now ongoing.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE